IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **LAKESHA TRODY-GOINS,** *Plaintiff,* v. **M.G. CREDIT, INC., and AMBER JOHNS a/k/a AMBER DOE,** *Defendants.* | Case No.:   8:16-cv-00126-JSM-EAJ <br><br> Amount Sought:   $8,810.80 for fees and costs, exclusive of statutory damages |

## AFFIDAVIT OF ATTORNEYS' FEES AND COSTS

State of Illinois    )
                     )
County of Cook       )        Subscribed and Sworn

I, Philip R. Goldberg, being duly sworn and upon oath state as follows:

1. I am of adult age. I am mentally sound and competent to testify in the courts of the State of Florida. The matters set forth in this Affidavit are based upon my own personal knowledge unless otherwise stated. I would testify in open court, if called upon to do so, as to the facts set forth herein.

2. I am a shareholder in the law firm, Seraph Legal, P.A. ("**Seraph**"), and supervise all of the others involved in representing the Plaintiff, **Ms. Lakesha Trody-Goins**, in the matter at hand.

3. The figures for fees and expenses submitted in this matter are true and correct to the best of my knowledge.

4. The fees submitted in this matter are necessary and reasonable for this type of litigation.

5. This affidavit relates to the timeframe between **December 23, 2015** and **March 15, 2016**, inclusive.

6. This affidavit is based upon professional services rendered by me, **Philip R. Goldberg** (22 years of experience, admitted in Florida, California, and Illinois, Law Review and *cum laude* law graduate), **Bobbi Madonna** (lead counsel, 7 years of experience including extensive litigation, and *cum laude* law graduate), **Christina Cowart** (additional counsel, 9 years with extensive litigation experience, admitted in Florida and South Carolina), **Dave** (legal assistant with over ten years of experience in consumer collection law), and **Gene** (law clerk with over 15 years legal experience), all as described in the attached **Exhibit A**.

7. **Costs** in this matter, which reflect out-of-pocket expenses involved in bringing this matter to Court and mediating this matter in compliance with this Court's order, **total $535.80**. See **Exhibit A**.

8. **Fees** in this matter, which reflect an hourly rate of $350 for our attorneys and $100 for paralegals (including Dave and Gene), **total $8,275.00.**

9. The rates Seraph charges are the usual and customary fees charged by Seraph.

10. The average attorney rate for all consumer law attorneys in the Tampa, Florida area is $383 per hour, according to the United States Consumer Law Attorney Fee Survey Report 2013-2014. **See Exhibit B**.

11. The average rate for all paralegal staff in the Tampa, Florida area is $112 per hour, according to the United States Consumer Law Attorney Fee Survey Report 2013-2014. **Id**.

12. This amount does not include time which were valuable and important to this case, but which I have "no-charged" (as designated by N/C on **Exhibit A**) because, in my opinion, they were somewhat duplicative, administrative, or excessive.

13. Including fees and costs, the total I believe appropriate for this court to grant Plaintiff's attorneys in this matter, through **March 15, 2016 is $8,810.80**. This figure **does not** include **statutory damages in the amount of $2,000.00**.

14. Every effort has been made to keep costs in this matter low, including use of our paralegals to create draft documents and handle routine matters.

15. My own time in assisting Bobbi, Christina, and Dave on a number of occasions was purposely omitted from the billing system as redundant, as was time spent by Bobbi in discussing preliminary issues with Christina when seeking her assistance.

16. In my professional opinion, the time spent on each of the services identified above was reasonably required and necessary to prosecute and protect our client's interests.

17. No claim is made for the time required to present this fee motion to the court, no multiplier has been used in calculating any fee, and no other expenses, including copying, phone calls, or other fees related to this matter have been included.

Respectfully Submitted,
Seraph Legal, P.A.

By: *(signature)*
*Philip R. Goldberg,*
**Attorney for Lakesha Trody-Goins.**

# EXHIBIT A
## Time and Expense Charges

**Time Charges**

| Date | By | Description | Time | Amount |
|---|---|---|---|---|
| 12/23/2015 | Dave Williams | P/C Phil re facts of case; Drafted complaint, gathered documents, research, several conversations with Lakesha | 3.25 | $325.00 |
| 12/30/2015 | Bobbi Madonna | Reviewed draft complaint. Two defendants listed, edited, added correct counts, reviewed exhibits, questioned Dave re need for additional exhibits which he has not pulled yet for the metro coding referenced. | 3.00 | $1,050.00 |
| 01/06/2016 | Phil Goldberg | Reviewed revised complaint from Bobbi and let her know my edits were complete. | 1.00 | $350.00 |
| 01/07/2016 | Bobbi Madonna | Reviewed phil's edits, made additional edits, redacted exhibits, saved separately, asked Gene to incorporate, created civil coversheet, created two separate summonses and saved to file in anticipation of filing once Gene completes the incorporation. | 1.50 | $525.00 |
| 01/07/2016 | Bobbi Madonna | Called client's cellphone; thought i had the wrong number. Called her house phone and talked to Ivan who confirmed the number. Called the cell phone back and left a message. | 0.25 | N/C |
| 01/07/2016 | Gene Blalock | Incorporated redacted exhibits into v3 of complaint per atty request. | 0.50 | $50.00 |
| 01/08/2016 | Bobbi Madonna | Called client again and left client another message | 0.25 | N/C |
| 01/11/2016 | Bobbi Madonna | Additional calls to client / messages. | 0.25 | N/C |
| 01/11/2016 | Bobbi Madonna | Talked with client. Verified all facts, she was very helpful, explained the process, explained the reason we had to review and be accurate. She was adamant that she felt if she did not pay that they would sue her. Had no idea about the fact that they could only request deletion and said she has another case where they promised her deletion and no it is not being deleted. | 0.50 | $175.00 |
| 01/11/2016 | Bobbi Madonna | Reviewed Summonses and civil coversheet. Used Christina's desktop to burn disk. Emailed documents to Nick with detailed instructions to file | 0.50 | $175.00 |
| 01/12/2016 | Gene Blalock | Received and Entered Filing Fees Check | 0.25 | $25.00 |
| 01/20/2016 | Bobbi Madonna | Received summons and filed complaint from the court, saved, looked up process server in Jacksonville, sent email with explanation as well as documents to process server to serve. | 0.75 | $262.50 |
| 01/21/2016 | Bobbi Madonna | Received related case order. Reviewed and saw that under the new rules that the notice of pendency of related cases has to be served within 14 days and the CMC has to occur within 30 days of service. Drafted notice and filed. Sent order and notice to process server and asked that they be served along with the complaint and other materials. | 0.50 | $175.00 |
| 01/25/2016 | Bobbi Madonna | Recieved proofs of service, called process server to verify amber's name, resereached process of amending and verified with phil, drafted amended motion, added certificate of service, filed proofs of service. | 1.25 | $437.50 |
| 02/01/2016 | Bobbi Madonna | Received call from debt collector asking for demand amount; discussed with staff in light of client authority. | 0.25 | $87.50 |
| 02/01/2016 | Gene Blalock | Received and entered Service of Process Invoice | 0.50 | $50.00 |
| 02/01/2016 | Bobbi Madonna | Phone call with DC: I talked to Cliff and MG Credit. Cliff is the owner and he is not a lawyer. Cliff runs the business. Here is what he has told me: MG Credit has had 7-8 conversations with our client. He is attempting to pull the recordings and is having trouble with the new equipment trying to get them pulled. MG credit has had 7-8 conversations with our client. Initially notified her of the debt in 2010. Never able to get in touch with her December 2010. In August 2015, they started receiving disputes from the CRAs. August 24, 2015, she contacted them. She told them she had never used the facility. She wanted to review the information. In September 2015, she contact them. They told her, in order to get it resolved, she needs to pay that balance. He talked to his floor manager who dealt with this case and she remembers Trody-Goins specifically. She was allegedly told by the floor manager, if this debt is not yours and was reported in error, we will | 1.00 | $350.00 |
| 02/01/2016 | Bobbi Madonna | delete it. Cliff thinks that is where she got the deletion issue from. Never threatened legal action (we do not accuse them of threatening legal action, just insinuating it) I told Cliff that is not the case and I am sure the floor manager, knowing what she said, would not want to admit that, I believe my client's version of the facts, BUT he can get me the recordings. Cliff also says they reported it as a fitness club, not retail. I pointed to exhibit B. He said he is sure, if we pull the XPN and TU reports, we will see that Equifax just messed up and this was reported as a health club. I told him that he can provide me what he reported to the CRAs and email it to me. Cliff says that they don't delete things just because someone pays it. Despite all of this, Cliff wants to see if we can resolve this amicably before he goes and gives $$ to an attorney. He also wants more time to get the recordings. I explained to Cliff that I cannot just give him more time, since | 0.00 | $0.00 |
| 02/01/2016 | Bobbi Madonna | this was filed in federal court, and if they do not file an answer and affirmative | 0.00 | $0.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | defense, I could get an OTSC. But, I told him that I could file a joint request for an extension to respond based upon settlement negotiations. I also said that he can email me, I will draft the motion as well as email him an offer to resolve the matter. He liked that idea. informed phil of conversation. Dave saved me the TU report with the same erroneous creditor classification to provide in response to email. | | |
| 02/02/2016 | Bobbi Madonna | Received email from Clif. Drafted a response based on a review of the complaint. | 1.00 | $350.00 |
| 02/03/2016 | Bobbi Madonna | Reviewed edits from Phil / Dave, redacted documents to send as exhibits to the email, edited email again and sent. | 0.50 | $175.00 |
| 02/09/2016 | Bobbi Madonna | Reviewed amended complaint, pulled exhibits and filed separately; asked gene to mail since time frame is running close. | 1.00 | $350.00 |
| 02/10/2016 | Gene Blalock | Mailed 2 copies of the filed amended complaint, in subfolder, 1 to M.G. CREDIT, INC. c/o Marguerite Gilliam, 5115 San Juan Ave., Jacksonville, FL 32210 and 1 to Amber Johns at same address | 0.75 | $75.00 |
| 02/16/2016 | Bobbi Madonna | Received phone call from clif. Reviewed case, returned call, left message. | 0.50 | $175.00 |
| 02/17/2016 | Bobbi Madonna | Phone call with clif. Clif lost recordings, now admits to using the retail cc despite stating that he did not last time. says it is my clients word against his employee. i said yes, i believe my client and so will everyone else. explained that i will depose ms. johns and get what she said as well. he said he had proof that this is a retailt agreement. i told him to send it. explained demand amount to him. explained that he can make a counter offer. he said that he would pay 3 or 4 thousand to a lawyer and i told him to make a counter offer. he sent documents that in no way show this is a retail agreement. he did not make a counter offer. | 1.00 | $350.00 |
| 02/17/2016 | Bobbi Madonna | Reviewed sent documents. Discussed additional violation with phil and dave, drafted email, did case law research as to the purposes of the FDCPA and the FCCPA. sent draft to phil. | 0.75 | $262.50 |
| 02/18/2016 | Bobbi Madonna | Conferred with Phil and Dave about edits. Made additional edits to email draft and sent email to cliff | 0.50 | $175.00 |
| 02/25/2016 | Dave Williams | Research per Atty's request; Assisted client with document to make additional dispute; MG verified tradeline again as accurate 2/18/2016; dispute sent 2/17/2016 and entire lawsuit was uploaded as supporting documentation of inaccuracy | 0.00 | $0.00 |
| 02/25/2016 | Bobbi Madonna | Received email from client verifying facts in this complaint again after she reviewed the notes she has. i thanked client for her response informed by dave that DEF reported the debt again and confirmed it as accurate after client submitted the entire filed complaint with her dispute | 0.25 | $87.50 |
| 02/26/2016 | Bobbi Madonna | Received email from dc, reviewed all communications and documents served so far, reviewed for responses to amended complaints, drafted response, sent to phil for edits, emailed edited response. | 1.25 | $437.50 |
| 03/03/2016 | Bobbi Madonna | Looked up tracking number from shipment of package. it was delivered on 2/12/16. 15 days from 2/12/16 is 2/27/16 which is a saturday. I will give them until Monday to respond of file for default | 0.50 | $175.00 |
| 03/04/2016 | Bobbi Madonna | Received email back from DC which did not make any sense. He responded to the email i sent him in early February, not the email sent to him on 2/26. It is clear that this was intentional to make it appear that he did not get put on notice on 2/26 that i declined to allow a further extension and he needed to file his answers. saved 2/26 email as pdf and sent it to him. Told him, as it stated in the 2/26 email, we would proceed accordingly. Drafted affidavit in support, certificate of service, motion for entry of default and proposed default. | 1.50 | $525.00 |
| 03/13/2016 | Phil Goldberg | Reviewed affidavit in support, certificate of service, motion for entry of default and proposed default documents; minor revisions to clarify, but otherwise good to go. | 0.50 | $175.00 |
| 03/14/2016 | Bobbi Madonna | Reviewed edits, revised slightly, went to bank, had affidavit notarized, scanned, saved, filed all documents. Sent to gene to mail. | 1.00 | $350.00 |
| 03/14/2016 | Bobbi Madonna | saved all filed version of documents | 0.25 | $87.50 |
| 03/14/2016 | Gene Blalock | Mail docs to file for motion of entry of default to Marguerite Gilliam and Amber Doe | 0.50 | $50.00 |
| 03/14/2016 | Christina Cowart | Per Bobbi's request, I reviewed motion for default, proposed entry of default, affidavit, and cert of service. Told her all looked good except for one pronoun in motion. | 0.25 | N/C |
| 03/15/2016 | Bobbi Madonna | Received clerk's entry of default and saved. | 0.25 | $87.50 |
| 03/15/2016 | Bobbi Madonna | Drafted affidavit of default judgment, motion for default judgment, certificate of service, and proposed default judgment. | 1.00 | $350.00 |

**Billable Atty Time: 22.00 hours @ $350.00 / hour**     **$7,700.00**
**Billable Para Time: 5.75 hours @ $100.00 / hour**     **$575.00**
**Total Professional Fees: $8,275.00**

## Expenses

| Date | Payment Method | Amount |
|---|---|---|
| 01/12/2016 | check (SL Op Acct) | $ 400.00 |
| Filing Fees - Seraph Legal Check #1102 | | |
| 01/25/2016 | check (SL Op Acct) ACH | $ 110.00 |
| 11th Hour Service on Amber Johns | | |
| 02/10/2016 | credit card (SL INK) | $ 6.45 |
| Post filed amended complaint to Marguerite Gilliam | | |
| 02/10/2016 | credit card (SL INK) | $ 6.45 |
| Post filed amended complaint to Amber Johns | | |
| 03/14/2016 | credit card (SL INK) | $ 6.45 |
| Mail docs to file for motion of entry of default to Marguerite Gilliam | | |
| 03/14/2016 | credit card (SL INK) | $ 6.45 |
| Mail docs to file for motion of entry of default to Amber Doe | | |
| **Balance Owed** | | **$ 535.80** |

# EXHIBIT B
**2013-2014 United States Consumer Law Attorney Fee Survey Report (*Excerpt*)**

Tampa, Florida

| | |
|---|---|
| Firm Size | 3.8 |
| Median Years in Practice | 11.0 |
| Concentration of Practice in Consumer Law | 92.8 |
| Primary Practice Area | Consumer Law |
| Secondary Practice Area | General Practice |
| Last Time Rate Change Occurred (months) | 17.4 |
| Median Number of Paralegals in Firm | 3.0 |
| Average Paralegal Rate for All Paralegals | 112 |
| Median Paralegal Rate for All Paralegals | 125 |
| Average Attorney Rate for All Attorneys | 383 |
| 25% Median Attorney Rate for All Attorneys | 290 |
| Median Attorney Rate for All Attorneys | 350 |
| 75% Median Attorney Rate for All Attorneys | 450 |
| 95% Median Attorney Rate for All Attorneys | 490 |

| Years Practicing Consumer Law | Average Attorney Hourly Rate |
|---|---|
| <1 | 170 |
| 1-3 | 248 |
| 3-5 | 313 |
| 6-10 | 350 |
| 11-15 | 350 |
| 16-20 | 475 |
| 21-25 | 363 |
| 6-30 | 484 |
| >31 | 488 |

88

# Sworn Verification

State of Illinois )
) Subscribed and Sworn
County of Cook )

Philip R. Goldberg, being first duly sworn, states as follows:

1. I am an attorney for **Lakesha Trody-Goins** and a shareholder in the firm, Seraph Legal, P.A.

2. I have read the foregoing and understand its contents.

3. The matters, facts, and things stated therein are true, accurate, and complete to the best of my knowledge.

In Witness Whereof, I hereby execute this verification.

*Philip R. Goldberg*

Subscribed and sworn to before me this **Sixteenth day of March 2016.**

_____
Notary

MARY ANN DOHERTY
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
April 23, 2017