**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LAKESHA TRODY-GOINS,

    Plaintiff,

v.                                                          Case No: 8:16-cv-126-T-30EAJ

M.G. CREDIT, INC. and
AMBER JOHNS,

    Defendants.

**ORDER**

THIS CAUSE comes before the Court upon the Joint Motion for Relief from Default Final Judgment (Dkt. #18).   Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.    The Clerk is directed to re-open this case.

2.    The Joint Motion for Relief from Default Final Judgment (Dkt. #18) is GRANTED.

3.    The Default Final Judgment (Dkt. #15) and Judgment (Dkt. #16) are hereby VACATED.

4.    This case is dismissed with prejudice.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of August, 2016.

<br>

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2016\16-cv-126 default 18.docx

2